[No. 21364-4-I. Division One. January 23, 1989.]

CENTRAL ENERGY SYSTEMS, INC., ET AL, *Appellants,* v. THE BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON, ET AL, *Defendants,* WEST COAST INVESTMENT, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-04745-8, Norman W. Quinn, J., entered October 27, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Grosse, J.

[No. 21514-1-I. Division One. January 23, 1989.]

FRANCIS H. SHERWOOD, *Appellant,* v. BOEING COMPUTER SERVICES, RICHLAND, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-00900-1, James D. McCutcheon, Jr., J., entered November 24, 1987. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Pekelis, JJ.

[No. 20604-4-I. Division One. January 23, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SILVERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-1-00470-2, Byron L. Swedberg, J., entered May 15, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Winsor, J.